## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**NICHOLAS HEBRARD**                                                    **PLAINTIFF**
**#214832**

**v.**                              **No. 4:23-cv-123-DPM**

**REGINA LEWIS, Manager, Hiring**
**Department, Arkansas Democrat Gazette;**
**ROBERT BROWN, Supervisor, Circulation**
**Department, Arkansas Democrat Gazette;**
**and RODERICK DANIELS, Manager,**
**Human Resources, Arkansas Democrat Gazette**        **DEFENDANTS**

### ORDER

1.      Hebrard hasn't paid the $402 filing and administrative fees or filed an application to proceed *in forma pauperis*.   He must do one or the other by 24 March 2023.   If he doesn't, his case will be dismissed without prejudice.   LOCAL RULE 5.5(2).

2.      The Court directs the Clerk to mail Hebrard an application to proceed *in forma pauperis*.   If the Court grants him permission to proceed *in forma pauperis*, then the administrative fee will be waived, but Hebrard will have to pay the $350 filing fee in monthly installments taken from his prisoner account.   28 U.S.C. § 1915(b).

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

22 February 2023