# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**NICHOLAS HEBRARD**  **PLAINTIFF**
**#214832**

v.                              No. 4:23-cv-123-DPM

**REGINA LEWIS**, Manager, Hiring
Department, Arkansas Democrat Gazette;
**ROBERT BROWN**, Supervisor, Circulation
Department, Arkansas Democrat Gazette;
and **RODERICK DANIELS**, Manager,
Human Resources, Arkansas Democrat Gazette      **DEFENDANTS**

## ORDER

Hebrard hasn't paid the $402 administrative and filing fee or filed an application to proceed *in forma pauperis*; and the time to do so has passed. Doc. 4. His mail is being returned. Doc. 5-7. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

19 May 2023