IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

NICHOLAS HEBRARD                                                    PLAINTIFF
#214832

v.                          No. 4:23-cv-123-DPM

REGINA LEWIS, Manager, Hiring
Department, Arkansas Democrat Gazette;
ROBERT BROWN, Supervisor, Circulation
Department, Arkansas Democrat Gazette;
and RODERICK DANIELS, Manager,
Human Resources, Arkansas Democrat Gazette          DEFENDANTS

JUDGMENT

Hebrard's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

19 May 2023